# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**CLEMENTINA ROEDER,**

    Plaintiff,

                                      No.  6:20-cv-01051-JWB-KGG

v.

**AMERICAN MEDICAL SYSTEMS, INC.,**

    Defendant.

---

## DEFENDANT AMERICAN MEDICAL SYSTEMS, INC.'S
## MOTION FOR LEAVE TO FILE MOTION FOR
## SUMMARY JUDGMENT OUT OF TIME

---

Adam T. Suroff
KS Bar Number 19595
**Polsinelli PC**
900 W. 48th Place, Suite 900
Kansas City, MO 64112-1895
816-753-1000
Fax: 816-753-1536
asuroff@polsinelli.com

Shana E. Russo
*Pro Hac Vice*
**REEDSMITH LLP**
506 Carnegie Center
Princeton, MJ 08540
Telephone: (609) 987-0050
Fax: (609) 951-0824
srusso@reedsmith.com

*Attorneys for Defendant American Medical Systems, Inc.*

Pursuant to Local Rule 15.1, Defendant American Medical Systems, Inc. ("AMS"), by and through counsel, respectfully requests leave to file the attached Motion for Summary Judgment (*see* Exhibit A), and in support thereof states as follows:

1. Plaintiff filed this case on September 2, 2015, in the United States District Court for the Southern District of West Virginia. The case was subsequently transferred to this Court on February 6, 2020, "for the convenience of the parties and in order to promote the final resolution of [this] case[]."

2. As part of the transfer, the parties were ordered to identify any motions that are in need of ruling, including motions for summary judgment. AMS now seeks leave to file its motion for summary judgment.

3. As explained more thoroughly in AMS's Memorandum in Support of its Motion for Leave, filed concurrently herewith, allowing AMS to file its motion for summary judgment will not prejudice Plaintiff. While AMS did not file a motion for summary judgment in the MDL, such a motion would remain pending before this Court for determination at this time. Moreover, if the issue of liability as a matter of law is resolved by AMS's motion for summary judgment on all of Plaintiff's claims, the Court and the parties will have saved extensive time and resources.

4. The MDL court transferred this matter "for the convenience of the parties and in order to promote the final resolution of [this] case[]." Disposition at summary judgment, without the expense of trial, achieves this goal. Accordingly, the benefits of permitting AMS to file a motion for summary judgment out of time outweigh any prejudice to Plaintiff.

5. AMS therefore moves for leave to file its Motion for Summary Judgment, attached hereto as Exhibit A. As explained above and in AMS's Memorandum, AMS respectfully submits that there is good cause to grant such leave. AMS further submits that this

Motion is not filed for any improper purpose or undue delay, and that no party will suffer prejudice if AMS's Motion for Leave is granted.

WHEREFORE, AMS respectfully prays that this Court enter an Order granting it leave to file its Motion for Summary Judgment, attached hereto as Exhibit A, and for such other and further relief as the Court deems just, proper, and equitable.

Date:  January 27, 2021
Respectfully submitted,

*/s/ Adam T. Suroff*
Adam T. Suroff
KS Bar Number 19595
Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, MO 64112-1895
816-753-1000
Fax: 816-753-1536
asuroff@polsinelli.com

Shana E. Russo
*Pro Hac Vice*
REEDSMITH LLP
506 Carnegie Center
Princeton, MJ 08540
Telephone: (609) 987-0050
FAX: (609) 951-0824
srusso@reedsmith.com

*Attorneys for Defendant American Medical Systems, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on January 27, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in the above-captioned case.

/s/ Adam T. Suroff